IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRYCE BOUDIEU, | )( |
| | )( |
| Plaintiff, | )( |
| | )( |
| v. | )(   NO. |
| | )( |
| SHAE COX and | )( |
| SLC RACING, LLC, | )( |
| | )( |
| Defendants. | )( |

## **PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Bryce Boudieu, hereinafter referred to as Plaintiff, complaining of Shae Cox and SLC Racing, LLC, Defendants and for cause of action would respectfully show this Court as follows:

**I.**

Plaintiff is at all times mentioned a resident and citizen of Santa Teresa. New Mexico.

Defendant Shae Cox is an individual citizen of Texas and may be served with process at 12611 County Line Road, Elgin, Texas 78621.

Defendant SLC Racing, LLC is a company doing business in the State of Texas and may be served with process at 12611 County Line Road, Elgin, Texas 78621.

**II.**

This Honorable Court has jurisdiction of this cause of action because of diversity of citizenship herein above pointed out, and as more clearly set out below.   The amount in

1

controversy in this cause exceeds the sum of $75,000.00 exclusive of costs and interest.

### III.

Plaintiff would show that on August 11, 2022, at 12611 County Line Road, Elgin, Texas, Defendants' employees negligently allowed and permitted a ranch horse to fall on the Plaintiff seriously injuring him.

### IV.

That the aforesaid accident resulted from the negligent acts, omissions and conduct of the Defendants in each of the following particulars:

1. Failed to keep a proper lookout;

2. Failed to timely stop the horse from bucking;

3. Failed to control the horse;

4. Failed to properly hold the horse;

5. Failed to exercise due care;

6. Failed to restrain the horse;

7. Failed to properly train the horse;

8. Allowed the Plaintiff to ride the horse;

9. Failed to have and follow an adequate safety protocol;

10. Failed to supervise the employees; and

11. Failed to provide adequate safety equipment.

### V.

Defendant SLC Racing, LLC is a business organized under the laws of the State of Texas with its principal office in Elgin, Texas. As all times Defendant Shae Cox is a manager owner

and an employee of SLC Racing, LLC.   At all times Defendant Shae Cox acted as an agent of Defendant SLC Racing, LLC and was within the scope of her employment.

**VI.**

Prior to the collision in question, the Plaintiff was a happy able-bodied man enjoying a life expectancy as reflected in the standard mortality tables for a person of his age.   As a result of the Defendant's actions, the Plaintiff has suffered the following described injuries;

1. He sustained a severe spinal cord injury and a broken rib;

2. He sustained a severe leg injury requiring surgery which resulted in an amputation of his leg;

3. He sustained a severe back injury requiring surgery;

4. His neck and back injuries cause pain in his hands and legs;

5. He suffered multiple trauma and abrasions;

6. He has suffered past and future physical and mental pain and anguish;

7. He has suffered a permanent and partial disability, impairment and scarring;

8. He has suffered the loss of a testicle;

9. He has headaches; and

10. His capacity to enjoy life for the remainder of his life has been and will be severely impaired.

By reason of the foregoing, Plaintiff has been damaged in an amount not to exceed $5,000,000.00.

**VII.**

Prior to the occasion in question, Plaintiff had been continuously employed.   He was

able to perform his work adequately and he was successful.   As a result of the above injuries, he has a serious physical and mental injury and he is partially and permanently disabled. Plaintiff had his wage earning capacity partially devastated and destroyed, all of which further damaged the Plaintiff in the amount of $1,000,000.00.

## VIII.

Plaintiff would show that he has incurred reasonable and necessary medical expenses in excess of $100,000.00 as a result of the Defendants' negligence.   Further, Plaintiff will, in reasonable medical probability, incur medical expenses in the future in the amount of $250,000.00 as a result of Defendants' negligence.   Plaintiff petitions for these expenses.

## IX.

Plaintiff would show that six months have passed since the date of this accident and that he is entitled to pre-judgment and post-judgment interest at the highest legal rate.

## X.

The Defendants negligently failed to provide Plaintiff with a safe work place by failing to supervise their employee Bryce Boudieu and failing to prevent a horse from falling on Plaintiff.

## XI.

The Defendants are not subscribers to the Texas Workers Compensation Act.

## XII.

Plaintiff requests a trial by jury.

## **PRAYER**

WHEREFORE, Plaintiff prays that upon final hearing she recover against the Defendants for his damages, costs of suit, interest, and for such other and further relief, both general and special to which he may show himself justly entitled.

        Respectfully submitted,

**LAW OFFICES OF DAMIAN RASMUSSEN**
521 Texas Ave
El Paso, Texas 79901
Tel: (915) 400-7785
Email: damian@damianrasmussenlaw.com


/s/ Damian Rasmussen
Damian Rasmussen
State Bar No. 152529
**ATTORNEY FOR PLAINTIFF**