IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BRYCE BOURDIEU,**
**JULIE RENEE FARR,**

      **Plaintiffs,**

v.                                            **Civil Action No. 2:23-cv-00165-DHU-JHR**

**SHAE COX,**
**and SLC RACING, LLC,**

      **Defendants.**

**DEFENDANTS' OPPOSED *RENEWED* MOTION FOR DEFAULT JUDGEMENT**

COME NOW, Defendants, through undersigned counsel, A. Blair Dunn Esq., Jared R. Vander Dussen Esq. and Daniel A. Marquez, Esq., and respectfully move the Court because Plaintiffs have not filed a responsive pleading to Defendants' pending counterclaims against them, Defendants move this Court enter default judgement accordingly.

## ARGUMENT

**A. The Court Should Enter Default Judgement Against Plaintiffs/Counter-defendants for Defendants/Counter-plaintiffs Counterclaim**

Quite simply, the Court may note from the record, that after Defendants filed their Amended Answer and Counterclaim, ECF Doc. 112, on January 28, 2025 to Plaintiffs' Second Amended Complaint, ECF Doc. 107, filed January 10, 2025, that Plaintiffs have not filed a responsive pleading as required by Rule 8 Fed. R. Civ. P. Rule 55 Fed. R. Civ. P. mandates that when a party fails to plead or otherwise defend that a default judgement be entered against them. It has been well over 60 days since the Defendants' counterclaims were filed. In contrast, Rule 15 requires a responsive pleading "within 14 days after service of the amended pleading." Rule 15 Fed. R. Civ. P.

Defendants applied for the Clerk's entry of default in this matter on February 27, 2025, Doc. 120. This Court denied the previous Motion for Default, Doc. 128, on April 28, 2025 as premature, noting that no entry of default by the Clerk had been entered, Docket Entry 137. Then, the same day the Clerk entered the default against the Defendants, Doc. 138.

## CONCLUSION

For the foregoing reasons, the Court should enter an order granting default judgment on Defendants' Counterclaim in favor of Defendants and awarding such other, further relief in favor of Defendants as the Court deems just and proper.

Respectfully submitted this 27th day of May 2025.

Respectfully submitted,

WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

The Law Office of Daniel A Marquez

*/s/ Daniel A. Marquez*
Daniel A. Marquez, Esq.
1308 Montana Ave Ste A
El Paso, TX 79902-5531
(915) 270-9580
dan@damlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*